**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Demetrice Wilkes and Kirkland Wilkes | No.   11-44580 |
| Debtor | Hon.  Jacqueline P. Cox |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on November 23, 2015, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Steve Miljus and Tom Vaughn on November 23, 2015.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Demetrice Wilkes and Kirkland Wilkes
11431 S. Vincennes
Chicago, IL 60643

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Steve Miljus
The Semrad Law Firm, LLC
20 S. Clark, 28th
Chicago, IL 60603